IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FANNIE MAE, also known as
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,                        CIV. NO. S- 10-3125 MCE GGH

    vs.

MICHELLE CABESAS, et al.,

    Defendants.                      ORDER

/

Plaintiff's motion for remand presently is calendared for hearing on February 10, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(h).

Accordingly, IT IS ORDERED that:

1. The February 10, 2011 hearing on the motion for remand is vacated.

2. The motion is submitted on the record.

DATED: February 7, 2011

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:FannieMae3125.vac.wpd